UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SIERRA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.16-cv-06352-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 54 |

The parties filed a notice of settlement on June 19, 2017. ECF No. 53. The following day, the Court issued an order requiring the parties to file, by August 3, 2017, either "a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation." ECF No. 54. The Court also set the matter for a case management conference on August 16, 2017, but noted that the conference would be vacated automatically if a stipulation of dismissal were timely filed. Id. The order concluded that "[f]ailure to comply with those deadlines may result in the imposition of sanctions." Id.

The parties did not file anything by the deadline. Accordingly, the Court now ORDERS THE PARTIES TO SHOW CAUSE why sanctions should not be imposed. The Court will conduct a show cause hearing on August 23, 2017 at 2:00 p.m. A written response to this order is due by August 16, 2017 at 5:00 p.m.

If the parties file a stipulation of dismissal by August 16, 2017, the Court's order to show cause will be withdrawn and the August 23, 2017 hearing will be vacated.

/ / /

/ / /

/ / /

1  The case management conference currently set for August 16, 2017 is vacated.

2  IT IS SO ORDERED.

3  Dated: August 4, 2017

_____
JON S. TIGAR
United States District Judge