Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Mary Sierra

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SIERRA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>    Defendants. | Case No.: 3:16-cv-06352-JST<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Mary Sierra and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER -1-

| DATED: August 17, 2017 | **Sagaria Law, P.C.** |
|---|---|
| | By: /s/ Elliot Gale |
| | Elliot Gale |
| | Attorney for Plaintiff Mary Sierra |

| DATED: August 17, 2017 | **Severson & Werson, APC** |
|---|---|
| | By: /s/ Alisa Alexandra Givental |
| | Alisa Alexandra Givental |
| | Attorney for Defendant Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 17, 2017

Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE